AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Forest Lewis;<br>et al,<br>    v.<br><br>FMC Corporation | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 04-CV-331 |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant FMC Corporation's Motion to Preclude Plaintiffs' Expert and for Summary Judgment is granted.

Date: March 29, 2011            MICHAEL J. ROEMER, CLERK

                                By:s/ Diane Radloff
                                    Deputy Clerk